# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 0003

VERSUS

SHELLY BARRE

**JANUARY 15, 2025**

---

In Re: Shelly Barre, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 20-FELY-810126.

---

**BEFORE: WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED.**

EW
SMM
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT